UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br>v.<br>LEON ROSSETTO,<br>                            Defendant. | Case No.:  06-cr-1435-DMS-2<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING** |

      On May 22, 2018, Defendant Leon Rossetto, proceeding *pro se*, filed a motion to vacate under 28 U.S.C. § 2255.  (ECF No. 112.)  The United States filed a response in opposition on August 21, 2018.  (ECF No. 121.)

      On June 22, 2020, Defendant filed a letter with the Court, requesting the letter be construed as a supplemental brief in support of his motion to vacate.  (ECF No. 123.)  Defendant seeks a ruling on his pending § 2255 motion in light of the Supreme Court's holding in *United States v. Davis*, 139 S. Ct. 2319 (2019), that 18 U.S.C. § 924(c)(3)(B) is unconstitutionally vague.

      / / /

      / / /

      / / /

      / / /

Accordingly, the Court orders the United States to file a supplemental reply addressing the impact of *Davis* on this case within thirty (30) days of this order.

**IT IS SO ORDERED.**

Dated: February 10, 2021

                                                Hon. Dana M. Sabraw, Chief Judge
United States District Court